UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 11 CV. 3002

_Testa Yohance Walters_

_____

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

_The City of New York,_
_Brooklyn/South Narcotics_
_Task Force, NYPD_

_____
_____
_____
_____
_____

_(In the space above enter the full name(s) of the defendant(s). If you_
_cannot fit the names of all of the defendants in the space provided,_
_please write "see attached" in the space above and attach an_
_additional sheet of paper with the full list of names. The names_
_listed in the above caption must be identical to those contained in_
_Part I. Addresses should not be included here.)_

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes  ☐ No
_(check one)_

I.    **Parties in this complaint:**

A.    List your name, identification number, and the name and address of your current place of
confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper
as necessary.

Plaintiff    Name    _Testa Yohance Walters_
             ID #    _349 11 05382_
             Current Institution    _M.D.C_
             Address    _125 White Street. New York_
             _N.Y. 10013_

B.    List all defendants' names, positions, places of employment, and the address where each defendant
may be served. Make sure that the defendant(s) listed below are identical to those contained in the
above caption. Attach additional sheets of paper as necessary.

RECEIVED
BRONX PRO SE OFFICE

_Rev. 05/2007_

1

Defendant No. 1    Name *The City of New York*    Shield # _____
Where Currently Employed _____
Address _____
_____

Defendant No. 2    Name *Brooklyn South Narcotics*    Shield # _____
Where Currently Employed _____
Address _____
_____

Defendant No. 3    Name *N.Y.P.D.*
Where Currently Employed _____    Shield # _____
Address _____
_____

Defendant No. 4    Name _____
Where Currently Employed _____    Shield # _____
Address _____
_____

Defendant No. 5    Name _____
Where Currently Employed _____    Shield # _____
Address _____
_____

## II.    Statement of Claim:

State as briefly as possible the facts of your case.    Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur? *New York City*

B.    Where in the institution did the events giving rise to your claim(s) occur? *Ocean ave* *and Parkside ave, Brooklyn N.Y. 11226*

C.    What date and approximate time did the events giving rise to your claim(s) occur? *August of 2010*

**D.    Facts:**

> **What happened to you?**

I was arrested under false pretences and falsely accused by Brooklyn South Narcotis N.Y.P.D of wrong doing, the case was later dismissed

> **Who did what?**

Brooklyn South Narcotics beat me up and continue to Harrass me

> **Was anyone else involved?**

No

> **Who else saw what happened?**

No one

## III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.. Scar acaross the stomach and a deep fear of police, loss of time from work

## IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."  Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____   No __✓__

Rev. 05/2007

3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____    No ____    Do Not Know _N/A_

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____    No ✓    Do Not Know _N/A_

If YES, which claim(s)?  _____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____    No ____    N/A

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____    No ____    N/A

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1.  Which claim(s) in this complaint did you grieve?  _____

_____

2.  What was the result, if any?  _____

3.  What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process.  _____

_____

N/A

_____

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

_____

_____

_____

2.  If you did not file a grievance but informed any officials of your claim, state who you

informed, when and how, and their response, if any: _____

_____

_____

_____

_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____

_____

_____

_____

_____

Note:    You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.    Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*Rev. 05/2007*

VI.    **Previous lawsuits:**

On
these
claims

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No _____

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____
_____

3.    Docket or Index number _____

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending?  Yes _____ No _____

If NO, give the approximate date of disposition _____

7.    What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
_____
_____

On
other
claims

C.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____ No _____

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____
_____

3.    Docket or Index number _____

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending?  Yes _____ No _____

If NO, give the approximate date of disposition _____
_____

7.     What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?)  *Case won*

_Dismissed_

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _12_ day of _April_, 20_11_.

Signature of Plaintiff _[signature]_

Inmate Number _349 11 05322_

Institution Address _125 White st._
_New York, N.Y._

<u>Note</u>:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _12_ day of _April_, 20_11_, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _[signature]_