11-cv-2819-ENV-LB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Testa Yohance Walters

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

The city of New York, et
al.

P.O: John Doe #1 and Jane Doe #1
John Doe #2 John Doe #3

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

U.S. DISTRICT COURT E.D.N.Y

★ AUG 18 2011 ★

BROOKLYN OFFICE

(Amended)

COMPLAINT

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

---

I.    **Parties in this complaint:**

A.    List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name    Testa Yohance Walters
              ID #    349 11 05322
              Current Institution    Rikers Island
              Address    09-09 Hazen St. E. Elmhurst NY
              NY 11370

B.    List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

*Rev. 05/2007*                                1

Defendant No. 1.  Name _The City of New York_ Shield #_____
Where Currently Employed _70th Precinct_
Address _____
_____

Defendant No. 2  Name _PO John Doe #1_ Shield #_____
Where Currently Employed _70th Precinct_
Address _____

Defendant No. 3  Name _PO John Doe #2_ Shield #_____
Where Currently Employed _70th precinct_
Address _____

Defendant No. 4  Name _PO Jane Doe #1_ Shield #_____
Where Currently Employed _70th Precinct_
Address _____

Defendant No. 5  Name _PO John Doe #3_ Shield #_____
Where Currently Employed _70 Precinct_
Address _____

## II.    Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur? _____
_____

B.    Where in the institution did the events giving rise to your claim(s) occur? _____
_____
_____

C.    What date and approximate time did the events giving rise to your claim(s) occur? _____
_____
_____

*Rev. 05/2007*                                          2

D.    Facts:

Police Officers from the 70th Precinct, working under the authority of the Brooklyn South Special Narcotics Task force, surrounded me and accused me of trying to avoid capture, while they arrested me for sale of a controlled substance. Having mistook me for a prior alleged perpetrator of a crime. I was treated very harshly and told that they had been looking for me. Upon my arraignment I was told that I was being charged with a second count of sale, which they claimed I was the perpetrator, I was immediately told by the Presiding Judge that there was no evidence against me of the crimes that I'm accused and that I would be released on my own recognizance. The charges were dismissed six months later without prejudice. This amounts to Racial Profiling of African Americans under a presumption of guilt by the special Task Force in the highly oppressive county of King's, in the "Red Zone" neighborhood of Flatbush, where the stop and frisk for drugs procedure is the highest; violating mine and others constitutional right to Life, Liberty and Persuit of Happiness; fundamentals. I was also sought to be prosecuted maliciously. This happened around Sept 14th.

**Boxes in left margin:**
What happened to you?
Who did what?
Was anyone else involved?
Who else saw what happened?

III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. A disfiguring scar to the abdomen. I wasn't allowed to receive treatment before being released. After release I was prescribed bedrest.

IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____. No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). N/A

_____

_____

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _____  No _____  Do Not Know _____    N/A

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____  No _____  Do Not Know _____    N/A

If YES, which claim(s)? _____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____  No _____    N/A

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____  No _____    N/A

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance?    N/A

_____

1.  Which claim(s) in this complaint did you grieve?    N/A

_____

2.  What was the result, if any?    N/A

_____

3.  What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process.    N/A

_____

_____

_____

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:    not applicable

_____

_____

_____

2.  If you did not file a grievance but informed any officials of your claim, state who you

*Rev. 05/2007*                                          4

informed, when and how, and their response, if any: _____ *N/A* _____

_____

_____

_____

_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative
remedies. _____

_____ *N/A* _____

_____

_____

_____

_____

Note:    You may attach as exhibits to this complaint any documents related to the exhaustion of your
administrative remedies.

V.    Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that
you are seeking and the basis for such amount). *I am seeking $1000 per*
*hour incarcerated. I understand this to be what I*
*deserve in refference to other similar false arrest*
*cases*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

VI.    Previous lawsuits:

**On these claims**

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____  No _____ ✓

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____ N/A _____

Defendants _____ N/A _____

2.    Court (if federal court, name the district; if state court, name the county) _____ N/A _____

3.    Docket or index number _____ N/A _____

4.    Name of Judge assigned to your case _____ N/A _____

5.    Approximate date of filing lawsuit _____ N/A _____

6.    Is the case still pending? Yes _____  No _____ N/A
       If NO, give the approximate date of disposition _____

7.    What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____ N/A _____

_____

**On other claims**

C.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____  No _____ ✓

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____ N/A _____

Defendants _____ N/A _____

2.    Court (if federal court, name the district; if state court, name the county) _____ N/A _____

3.    Docket or index number _____ N/A _____

4.    Name of Judge assigned to your case _____ N/A _____

5.    Approximate date of filing lawsuit _____ N/A _____

6.    Is the case still pending? Yes _____  No _____ N/A
       If NO, give the approximate date of disposition _____ N/A _____

7.     What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____ N/A _____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21 day of July , 20 11.

Signature of Plaintiff    _____

Inmate Number    349 110 5322

Institution Address    09-09 Hazen st

E Elmhurst N.Y. N.Y.

11370

_____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 21 day of July , 20 11, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:    _____

*Rev. 05/2007*                                        7