

...fa Walters
GRVC 349 11 05322

FILED
U.S. CLERKS OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 18 2011 ★
BROOKLYN OFFICE

TRIBORO NY 112
BKLYN-QNS-STATEN ISL
17 AUG 2011 PM 8 L

FOREVER
FIRST-CLASS
USA

USMS

Pro Se Office of the United States
District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

11201+1832