FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 18 2011 ★
BROOKLYN OFFICE

GRVC

349 11 05 322

To Whom It May Concern: I hereby write
this letter in reguards to my (1983) claim
form that I submitted.

I am respectfully requesting that
the court file my revised claim despite the
unfortunate delay. At no fault of my own
the facility I'm housed in, did not have
stamps in their commissary until recently.
This unfortunate circumstance limited my abilities
to take advantage of the due process afforded
to me by the court.

I graciously thank the court for
taking the time to read this breif letter,
and I look forward to your response in
reguards to recieving my revised claim.

Sincerly,

Testa Walters
Testa Walters