UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TESFA YOHANCE WALTERS,

        Plaintiff,

   - against -

CITY OF NEW YORK, P.O. JOHN DOE #1, *70TH PRECINCT*; P.O. JANE DOE #1, *70TH PRECINCT*; P.O. JOHN DOE #2, *70TH PRECINCT*; and P.O. JOHN DOE #3, *70TH PRECINCT*,

        Defendants.

------------------------------------------------------------X

ORDER
11-CV-2819 (ENV)(LB)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 18 2011
BROOKLYN OFFICE

**BLOOM, United States Magistrate Judge:**

    The Court held a telephone conference in this civil rights action on November 17, 2011. Plaintiff stated that he was arrested on September 20, 2010 and agreed to sign a release to unseal his criminal records. Accordingly, defendants' motion to compel (docket entry 13) is denied as moot. The Office of the Corporation Counsel shall provide the Court with the full names and correct service addresses for the John and Jane Doe police officers referenced in plaintiff's amended complaint by December 16, 2011. By the same date, defendants' counsel shall also provide plaintiff with his arrest records.

    As plaintiff's amended complaint named the City of New York as a defendant, the Clerk of Court shall amend the caption of this case to reflect the City of New York as a defendant and shall prepare the necessary papers to have defendant City of New York served with process. The United States Marshals Service is hereby directed to serve the summons and amended complaint on defendant City of New York. Defendant City of New York shall respond to the amended complaint once the individual defendants have been identified and served with process. The



1

Court will schedule a telephone status conference once all defendants have responded to the amended complaint.

SO ORDERED.

Dated: November 17, 2011
Brooklyn, New York

LOIS BLOOM
United States Magistrate Judge