UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TESFA YOHANCE WALTERS,

                                    Plaintiff,

            - against -

CITY OF NEW YORK;  P.O. JOHN DOE #1,
*70TH PRECINCT*; P.O. JANE DOE #1, *70TH
PRECINCT*; P.O. JOHN DOE #2, *70TH
PRECINCT*; and P.O. JOHN DOE #3, *70TH
PRECINCT*,

                                    Defendants.
-----------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ FEB 16 2012 ★

BROOKLYN OFFICE

**ORDER**
**11 CV 2819 (ENV)(LB)**

**BLOOM, United States Magistrate Judge:**

The Court held a telephone status conference in this civil rights action on February 14,

2012.  Plaintiff stated on the record that he was arrested on August 3, 2010.  Plaintiff shall

immediately provide defendants' counsel with a release to unseal his criminal records.  The Court

shall hold a telephone conference on March 20, 2012 at 10:00 a.m.  Defendants' counsel shall

arrange and initiate the conference call.  The Warden of George R. Vierno Center shall make

plaintiff available for the telephonic conference at this time.  After establishing contact with

plaintiff, counsel shall call the Court at (718) 613-2170.  Prior to the next conference, defendants'

counsel shall provide the Court with the full names and correct service addresses for the John

and Jane Doe police officers involved in plaintiff's arrest.  The City of New York's response to the

amended complaint is stayed pending identification and service on the individual officers.

SO ORDERED.

                                    LOIS BLOOM
                                    United States Magistrate Judge

Dated: February 15, 2012
       Brooklyn, New York

